**\*\*E-filed 6/13/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIABOLIC VIDEO PRODUCTIONS, INC.,<br><br>        Plaintiff,<br>  v.<br><br>DOES 2-2099,<br><br>        Defendants.<br>_____/ | No. C 11-2831 RS<br><br>**ORDER REQUIRING RESPONSE TO RECOMMENDATION FOR DISMISSAL** |

       This action was randomly assigned to the undersigned after it was severed from *Diabolic Video Productions, Inc. v. Does 1-2099*, 10-5865 PSG, by the assigned magistrate judge, in an order entered on May 31, 2011. The May 31st order of severance includes a recommendation that this action be dismissed without prejudice. Rule 72 (b) of the Federal Rules of Civil Procedure and Civil Local Rule 72-3 shall apply to the recommendation for dismissal, which shall be deemed to have been served on plaintiff on the date this case file was opened, June 13, 2011. Accordingly, within 14 days, plaintiff must file any objection it may have to the Court adopting the recommendation for dismissal, in the manner required by Local Rule 72-3. In the event plaintiff does object to dismissal, it shall further show cause, if any it has, why this action should not be

further severed into separate actions for each of the Doe defendants, under the legal principles and authorities set out in the May 31st order of the magistrate judge.

Dated: 6/13/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE